FOURTH DEPARTMENT, FEBRUARY, 1954.

(February 3, 1954.)

FRANK H. REESE, Appellant, v. FRED L. NEWTON, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present— McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

GEORGE W. BROWN et al., Respondents, v. WALTER BROWN et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiffs in an action for a declaratory judgment establishing plaintiffs' right of way over a portion of premises owned by defendants in the city of Niagara Falls. The order granted defendants' motion to reargue but denied modification on the reargument.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

JAMES REID, Respondent, v. BARTON BAKER et al., Appellants.— Order affirmed, with costs. All concur. (Appeal from an order of Monroe County Court affirming a judgment of Rochester City Court for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

WILLIAM A. CARROLL, Respondent, v. MARY VOIGT et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 998.]